

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

SAMANTHA BRADLEY                           **PLAINTIFF**

v.             CASE NO.  _14-4077_

MARK J. CUNICH, PERFORMANCE
CONTRACTING GROUP, PERFORMANCE
CONTRACTING, INC., AND SIM MAGANA, JR.            **DEFENDANTS**

### NOTICE OF REMOVAL

To:    Mary Pankey
       Miller County Circuit Clerk
       Courthouse
       400 Laurel Street, Room 109
       Texarkana, AR  71854

       Rob Beard
       Rainwater, Holt & Sexton, P.A.
       P.O. Box 17250
       Little Rock, AR  72222

1.       Please take notice that the above captioned case, filed as Case Number 46CV-14-94-2 in the Circuit Court of Miller County, Arkansas, has been removed by the Defendants Performance Contracting Group and Performance Contracting, Inc., pursuant to 28 U.S.C. §1441.  As grounds for this Notice of Removal Defendants state as follows:

2.       Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely as it has been filed with this Court within thirty days after receipt of Plaintiff's Complaint.

3.       At the time of the filing of the Complaint, Plaintiff was a resident of Hempstead County, Arkansas.

4.       Defendant Mark Cunich was a resident of Dubois, Pennsylvania.

5.       Defendants Performance Contracting, Inc., was a Kansas Corporation with a principal place of business in Lenexa, Kansas.

6.      Performance Contracting Group was a Delaware Corporation with its principal place of business in Lenexa, Kansas.

7.      28 U.S.C. §1446(a)(2)(A) requires all Defendants who have been properly joined and served to consent to the removal.  Defendants Cunich and Magana have not been served. The only two served Defendants join in the request for removal.

8.      The amount in controversy exceeds $75,000 in that the prayer in the Complaint seeks a sum in excess of that required for Federal Court jurisdiction in diversity of citizenship cases.

9.      Copies of all pleadings which have been filed or received in this action are filed with this Notice of Removal as Exhibit A.

WHEREFORE, Defendants Performance Contracting Group and Performance Contracting, Inc., hereby give notice of the removal of the case captioned *Samantha Bradley v. Mark J. Cunich, Performance Contracting Group and Performance Contracting, Inc., and Sim Z. Maganak Jr.*, Case Number 46CV-14-94-2, pending in the Circuit Court of Miller County, Arkansas, to this Court.

Respectfully submitted,

Donald H. Bacon, AR Bar No. 78007
FRIDAY ELDREDGE & CLARK
400 West Capitol, Suite 2000
Little Rock, AR  72201-3522
(501) 370-1539 – Telephone
(501) 244-5352 – Facsimile
bacon@fridayfirm.com – Email

Attorneys for Performance Contracting Group
and Performance Contracting, Inc.

By: _____
        Donald H Bacon

## CERTIFICATE OF SERVICE

I, Donald H. Bacon, hereby certify that a copy of the foregoing pleading has been forwarded to counsel of record listed below via U.S. Mail on this 21st day of May, 2014:

Robert Beard
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, AR  72222

_____
Donald H. Bacon, AR Bar No. 78007
FRIDAY ELDREDGE & CLARK
400 West Capitol, Suite 2000
Little Rock, AR  72201-3522
(501) 370-1539 – Telephone
(501) 244-5352 – Facsimile
bacon@fridayfirm.com – Email

3