IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA BRADLEY                                                                         PLAINTIFF

V.                                           Civil No. 4:14-cv-4077

MARK J. CUNICH, PERFORMANCE
CONTRACTING GROUP, PERFORMANCE
CONTRACTING, INC., and SIM Z.
MAGANA, JR.                                                                            DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Separate Defendant Performance Contracting Group. (ECF No. 14). Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the motion (ECF No. 14) should and be hereby is **GRANTED**. Plaintiff's claims against Separate Defendant Performance Contracting Group are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 3rd day of July, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge