IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SAMANTHA BRADLEY                                                                                   PLAINTIFF

v.                                           Case No. 4:14-cv-04077

MARK J. CUNICH; PERFORMANCE
CONTRACTING GROUP, PERFORMANCE
CONTRACTING, INC.; and SIM MAGNA, JR.                                           DEFENDANTS

## ORDER

Before the Court is Plaintiff Samantha Bradley's Motion to Dismiss All Defendants. (ECF No. 46). The parties have reached a settlement in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed by court order on terms that the Court considers proper.

Accordingly, the above styled case is hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this judgment.

The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 13th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge